CLAYTON T. A. FRENCH et al., Doing Business under the Firm Name of FRENCH AND FRENCH, Respondents, *v.* ROBERT S. ABBOTT PUBLISHING COMPANY, INC., et al., Appellants.

(Argued June 13, 1929; decided July 11, 1929.)

*Pope B. Billups* for appellants.

*Cornelius W. McDougald* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: POUND, CRANE, KELLOGG and HUBBS, JJ. Dissent: CARDOZO, Ch. J., LEHMAN and O'BRIEN, JJ.